1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9             DISTRICT OF NEVADA

10   MARC A. EARLEY,

                                        Case No.  3:24-cv-00596-ART-CLB
11              Plaintiff,
                                        **ORDER GRANTING**
12   vs.
                                        **STIPULATION AND ORDER TO
                                        DISMISS WITH PREJUDICE**
13   OMLER, *et al.*,

14              Defendants.

15

16          IT IS HEREBY STIPULATED between Interested Party, by and through counsel,

17   Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy

18   Attorney General, of the State of Nevada, Office of the Attorney General, and Marc A.

19   Earley, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that

20   the above-captioned action shall be dismissed with prejudice, with each party bearing

21   their own attorney's fees and costs.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Page 1

1    The Parties resolved this matter in its entirety and agree that the Court may

2  accordingly close the case, with prejudice. Any outstanding deadlines are considered

3  moot. The Parties respectfully request the Court vacate any future court date(s) and

4  order the matter closed and off call.

5

6  DATED this _12th_ day of September 2025.     DATED this 11th day of September 2025.
                                                AARON D. FORD
7                                               Attorney General

8

9                                               By:

10

11  _____                  /s/ Cecelia J. Blue
    MARC A. EARLEY #1190247                     CECELIA J. BLUE, (Bar No. 17031C)
12  *Plaintiff*, pro se                         *Attorneys for Interested Party*

13

14

15

16                                    **ORDER**

17     **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future

18  deadlines and court dates are vacated, and the Clerk is directed to close the case.

19

20

21

22                                          _____
                                            Anne R. Traum
23                                          United States District Judge

24                                          DATED: September 15, 2025

25

26

27

28

Page 2